477 STEELE vs. CIRCUIT JUDGE (Kent), No. 15564; 66 N. W., 963; 3 D. L. N., 228.

To vacate an order granting complainant, in a foreclosure proceeding in chancery, after sale, a deficiency, and the insolvency of the mortgagor, leave to bring suit at law against an indorser of the note.

Denied June 30, 1896, with costs.

478 CODD ET AL. vs. CIRCUIT JUDGE (Wayne), No. 15479; 67 N. W., 819; 3 D. L. N., 24.

To vacate an order substituting a second mortgagee, who had paid the amount of the decree in a foreclosure case, under Ch. Rule No. 125.

Denied March 31, 1896, with costs.

479 ALLEN vs. CIRCUIT JUDGE (Wayne), 57 M., 198.

To require respondent to direct the payment over to relator, as second mortgagee, of certain surplus moneys remaining over after the satisfaction of the first mortgage, and paid into court.

Denied June 3, 1885, on the ground that the petition therefor did not establish a prima facie right to such moneys.